DEC 03 2007 Case 1:07-mj-00618-JMF   Document 1   Filed 12/03/2007   Page 1 of 6   P.01
Dec-03-07 10:13A USMS E/VA, Alex Warrants   7032__2060

AO 442 (Rev. 6/96-DD/A) Warrant for Arrest

828906

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Abdirahman Yassin Hassan

07- 618 - M -01

CASE NUMBER : 04-15-A

**FILED**

DEC 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Abdirahman Yassin Hassan__ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

_X_ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense): •

Charging you with a violation of 18 U.S.C., sec. 470, 472, 1344

Brief description of offense: Counterfeiting, Uttering, Bank Fraud

P. Metzger
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

01-23-2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/3/07 | Dwyer, Dan | _signature_ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED IN OPEN COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-15-A |
| v. | Count One: 18 U.S.C. §470 (Counterfeit acts committed outside the United States) |
| ABDIRAHMAN YASSIN HASSAN | |
| Defendant | Count Two: 18 U.S.C. §472 (Uttering counterfeit obligations or securities) |
| | Count Three: 18 U.S.C. §1344 (Bank fraud) |

INDICTMENT

January 2004 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about May 9, 2003 and August 7, 2003, in Zambia, ABDIRAHMAN YASSIN HASSAN engaged in the act of dealing and possessing counterfeit obligations of the United States, specifically, 46 counterfeit federal reserve notes, and did transfer, receive, and deliver false, counterfeited, and altered obligations of the United States, with the intent that the same be passed, published, and used as true and genuine.

(In violation of Title 18, United States Code, Section 470)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 8, 2003, in Alexandria, Virginia, within the Eastern District of Virginia, ABDIRAHMAN YASSIN HASSAN, with the intent to defraud, did pass, utter, and publish falsely made, forged, counterfeited, and altered obligations of the United States, specifically, 46 forged, counterfeited, and altered federal reserve notes.

(In violation of Title 18, United States Code, Section 472)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 8, 2007, in Alexandria, Virginia, within the Eastern District of Virginia, ABDIRAHMAN YASSIN HASSAN, did knowingly execute, and attempt to execute, a scheme or artifice to obtain money, funds, credits, and securities owned by, and under the custody and control of, Wachovia Bank, a financial institution whose deposits and accounts were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, in that ABDIRAHMAN YASSIN HASSAN deposited $4,600 in counterfeit federal reserve notes into his personal account.

(In violation of Title 18, United States Code, Section 1344)

A TRUE BILL:

FOREPERSON

PAUL J. McNULTY
United States Attorney

Patricia M. Haynes
Assistant U.S. Attorney

3

No. _____

# UNITED STATES DISTRICT COURT
*Eastern District of Virginia*

*Alexandria Division*

THE UNITED STATES OF AMERICA

vs

ABDIRAHMAN YASSIN HASSAN

## INDICTMENT

Count 1: 18 U.S.C. §470
Violation: Counterfeit Acts Committed Outside the United States

Count 2: 18 U.S.C. §472
Violation: Uttering Counterfeit Obligations or Securities

Count 3: 18 U.S.C. §1344
Violation: Bank Fraud

A true bill,

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 20__

_____
Clerk

Bail: $ _____

FORM OBD-34
APR 91

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

CMH

**Place of Offense:**                Under Seal: Yes ___ No  *      Judge Assigned: _____
City  Alexandria        Superseding Indictment ___   Criminal Number: 04-15A
County/Parish _____    Same Defendant ___           New Defendant ___
                        Magistrate Judge Case Number _____    Arraignment Date: ____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No  X   FBI # _____
Defendant Name: Abdirahman Yassin Hassan    Alias Name(s) _____
Address: _____
Employment: _____

Interpreter: x No ___ Yes  List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody     ___ On Pretrial Release     x  Not in Custody
___ Arrest Warrant Requested     ___ Fugitive                x  Summons Requested
___ Bond                          ___ Detention Sought

**Defense Counsel Information:**

Note: ___ Office of Federal Public Defender not to be appointed due to conflict of interest
Note: ___ CJA (Criminal Justice Act) attorney not to be appointed due to conflict of interest
Name: Miriam Ebrahimi         ___ Court Appointed
Address: _____
Telephone: _____
                              ___ Public Defender

**U.S. Attorney Information:**

AUSA Patricia M. Haynes     Telephone No: _____     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

_____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 470 | Counterfeiting | 1 | F |
| Set 2 | 18 USC 472 | Uttering | 2 | F |
| Set 3 | 18 USC 1344 | Bank Fraud | 3 | F |

(May be continued on reverse)

Date: _____       Signature of AUSA: _____