UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Magistrate No. 07-00618 |
| | : | |
| v. | : | Mag. Judge John M. Facciola |
| | : | |
| ABDIRAHMAN YASSIN HASSAN | : | Hearing Date: 12/5/07 |
| Defendant. | : | |

GOVERNMENT'S MOTION TO CONTINUE IDENTITY HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the identity hearing, presently set for December 5, 2007, be continued to a date thereafter convenient to the Court and the parties. As grounds for this request, the United States represents that:

1. The undersigned counsel learned on December 4, 2007 that an identity hearing was scheduled in this matter. Immediately upon learning that information, the undersigned counsel continued the government's efforts to locate the assigned AUSA, Patricia Haynes, in the Eastern District of Virginia and the case agent.[1] Ms. Brundidge, AUSA Haynes' legal assistant, notified undersigned counsel that most, if not all, the AUSAs were attending their office's annual EDVA District Conference in Williamsburg, VA. Ms. Brundidge stated that she was unable to contact AUSA Haynes and the case agent. Further, she stated that she would continue to make attempts to contact both of them. The undersigned counsel requested that she ask AUSA Haynes and the case agent to call as soon as possible. Additionally, she stated that AUSA Haynes would not return from the conference until Friday, December 7, 2007.

---

[1] On Monday, December 3, 2007, AUSA John Cummings, the covering AUSA, contacted the assigned AUSA in the EDVA and notified her of the identity and need for a live witness via electronic mail.

2. Now, the government requests a continuance to allow it time to further contact the demanding jurisdiction and prepare for the identity hearing.

WHEREFORE, the United States respectfully requests that the court consider granting this motion, ruling that the identity hearing be scheduled for a date as early as December 11, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
Angela George, Assistant United States Attorney
DC Bar No. 470-567
Federal Major Crimes Section
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
Angela.George@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Magistrate No. 07-00618** |
| | : | |
| v. | : | Mag. Judge John Facciola |
| | : | |
| **ABDIRAHMAN YASSIN HASSAN** | : | Hearing Date: December 5, 2007 |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Government's Motion to Continue Identity Hearing, and for good cause shown therein, it is hereby

**ORDERED** that the identity hearing shall be continued until the _____th day of December, 2007.

**SO ORDERED.**

December \_\_\_\_\_, 2007

_____
MAGISTRATE JUDGE JOHN FACCIOLA

AUSA Angela S. George
555 4th Street, NW
Room 4444
Washington, DC 20530
Angela.George@usdoj.gov

AFPD Carlos Vanegas
633 Indiana Avenue, NW
Washington, DC 20004