IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No. 07-00618 |
| | : | |
| v. | : | Mag. Judge John Facciola |
| | : | |
| ABDIRAHMAN YASSIN HASSAN | : | Hearing Date: December 5, 2007 |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the Government's Motion to Continue Identity Hearing, and for good cause shown therein, it is hereby

**ORDERED** that the identity hearing shall be continued until the _____th day of December, 2007.

**SO ORDERED.**

December \_\_\_\_\_, 2007

_____
MAGISTRATE JUDGE JOHN FACCIOLA

AUSA Angela S. George
555 4th Street, NW
Room 4444
Washington, DC 20530
Angela.George@usdoj.gov

AFPD Carlos Vanegas
633 Indiana Avenue, NW
Washington, DC 20004