UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABDIRAHAM YASSIN HASSAN )<br>) | Crim. No.: 07-00618 (JF)<br>Magistrate Judge John M. Facciola |

**DEFENDANT'S OPPOSITION TO CONTINUING
THE IDENTITY HEARING**

Defendant, Yusuf Hassan, through undersigned counsel, respectfully moves the Court to deny the Government's request to Continue the Identity Hearing.

1. Mr. Yusuf Hassan is before the Court pursuant to a warrant issued by the District Court for the Eastern District of Virginia for Abdiraham Yassin Hassan. Abdiraham Yassin Hassan is Mr. Yusuf Hassan's twin brother. Undersigned is prepared and insists on proceeding with the Identity Hearing in order to present evidence that Mr. Yusuf Hassan is not the person who is charged in the criminal indictment and the subject of the arrest warrant.

2. As an initial matter the Indictment and the arrest warrant charges Abdiraham Yassin Hassan. Neither the indictment or the warrant states that Abdiraham Yassin Hassan uses the alias of Yusuf Hassan. Mr. Yusuf Hassan is a lawful permanent resident of the United States and the Department of Homeland Security has issued him a Permanent Resident Card that expires on April 4, 2017. Additionally, on October 31, 2007 the Department of Homeland Security received an "Application For INS Travel Document" from Mr. Yusuf Hassan.

3. Mr. Yusuf Hassan has been gainfully employed over a year by Venture Marketing

1

Solutions as an Accounts Executive. Venture Marketing Solutions is located at 6210 Kings Highway, Suite 100 in Alexandria, Virginia 22303. Mr. Yusuf Hassan's employment was confirmed by the VMS's Chief Executive Officer, Justin Jordan. Mr. Jordan stated that all VMS employees are subject to a criminal background check. VMS contracts the PAYCHEX company to conduct the background checks. Mr. Jordan is absolutely certain that Mr. Yusuf Hassan's background check revealed no arrests, convictions or warrants. Mr. Jordan further indicated that Mr. Yusuf Hassan has never missed a day of work, has never been late and that he maintains "some of the most important accounts" of Venture Marketing Solutions. Mr. Jordan indicated that he could provide any work related records to the Court in support of Mr. Yusuf Hassan.

4. The Court should also deny the government's request for the simple reason that Mr. Yusuf Hassan was arrested in the early hours of Saturday, December 1, 2007 and has been in custody since. The government is asking the Court to continue the Identity Hearing because Ms. Patricia Haynes, the EVA prosecutor, is currently attending an annual conference. The government's request, based on Ms. Haynes's schedule, means that Mr. Yusuf Hasan will not have his Identity Hearing until Monday, December 10, 2007.

5. Because Mr. Yusuf Hassan can present evidence that he is not the person indicted and wanted by the District Court for the Easter District of Virginia there is no compelling reason to continue Mr. Yusuf Hassan Identity Hearing and more importantly to continue his incarceration. Far from hiding from the authorities Mr. Yusuf Hassan has verified correspondences and registration with the Department of Homeland Security.

Accordingly, counsel for Mr. Yusuf Hasan respectfully moves the Court to deny the government's request to Continue the Identity Hearing and his detention.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/S/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABDIRAHAM YASSIN HASSAN )<br>) | Magistrate No.: 07-00618<br>Magistrate Judge John M. Facciola |

**ORDER**

Upon consideration of the defendant's Opposition to the Government's Motion To Continue the Identity Hearing, it is hereby

**ORDERED** that defendant's Opposition Motion is granted; and it is

**FURTHER ORDERED** that the Government's Motion to Continue the Identity Hearing is

**HEREBY DENIED**

**SO ORDERED**

_____                                                                  _____
DATE                                                                                    JOHN M. FACCIOLA
                                                                                              UNITED STATES MAGISTRATE JUDGE

Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Angela George
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530