Return Copy
Rev 1/07

**FILED**
JAN 0 8 2008
Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000



RECEIVED MAILROOM
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: 12/27/07

Address of Other Court:  USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

RE: CR 07-MJ-618, USA v. Abdirahman Yassin Hassan

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☐ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Two Blotters filed on 12/07/07 and 12/14/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk